IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| KELLY MOONEY, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:19-CV-201-Z |
| C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | § § § § | |
| Defendants. | § | |

## ORDER

The parties have advised the Court that the parties have settled this case but require several months to finalize the settlement. Accordingly, the Parties' Joint Motion to Stay Case (ECF No. 43) is GRANTED IN PART and this case is ABATED and ADMINISTRATIVELY CLOSED for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

November 5, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE